
RECEIVED
IN LAKE CHARLES, LA
SEP 0 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FAYEZ K. SHAMIEH, M.D., ET AL** | : | **DOCKET NO. 06 CV 242** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **AMERICAN INTERSTATE INSURANCE COMPANY, ET AL** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record, including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand is **GRANTED,** and accordingly, this lawsuit is hereby remanded to state court.

**IT IS FURTHER ORDERED** that plaintiffs' request for costs, expenses and attorney's fees is **DENIED.**

Thus done and signed this 8th day of September, 2006 at Lake Charles, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE